IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:18-CR-269-Y |
| LAURIE ANN REESE | |

GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance of Responsibility, and that her offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

                    Respectfully submitted,

                    JEFFERSON B. SESSIONS, III
                    ATTORNEY GENERAL

                    JOSEPH D. BROWN
                    U.S. ATTORNEY
                    Eastern District of Texas

                    *s/ Christopher A. Eason*
                    CHRISTOPHER A. EASON
                    Special Attorney to the U.S. Attorney General

## CERTIFICATE OF SERVICE

     I hereby certify that on January 11, 2019, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: Brook Antonio.

                    *s/ Christopher A. Eason*
                    CHRISTOPHER A. EASON
                    Special Attorney to the U.S. Attorney General