MO-1 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE __Terry R. Means__ PRESIDING   COURT REPORTER/TAPE: __Ana Warren__
DEPUTY CLERK __Michelle Moon__                       USPO __Molly Mouret__
LAW CLERK _____
                                                     INTERPRETER _____
CSO: Ted Carmean

CR. No. __4:18-CR-269-Y__   DEFT. No. __(1)__

UNITED STATES OF AMERICA         §        __Christopher A. Eason__ AUSA
                                 §
v.                               §
                                 §
LAURIE ANN REESE                 §        __Brook Antonio, II (F)__
Defendant's Name                          Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: __3-26-19__
Hearing Type: ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary
Time in Court: __28 mins.__
Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
               ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
               ☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None
Days in Trial: _____
Hearing Concluded: ☒ Yes  ☐ No

☒ Sentencing held.  ☐ Objections to PSI heard.  ☐ Plea agreement accepted.  ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines  ☐ Departs Upward  ☐ Departs Downward

SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____.
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of __36 months__.
☒ .. Deft. placed on: Supervised Released for __5 years__.
☒ .. Restitution ordered in the amount of $ __992,854.02__ and/or Fine imposed in the amount of $ _____.
☐ .. Count(s) _____ dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $ __100.00__ special assessment on Count(s) __1__
     of  ☐ Complaint  ☐ Indictment  ☒ Information  ☐ Superseding Indictment  ☐ Superseding Information.

☐ ....... Deft ordered to surrender to the designated institution on _____.
☐ ....... Deft failed to appear, bench warrant to issue.
☒ ....... Bond ☒ continued ☐ revoked
☒ ....... Deft Advised of his right to appeal.
☐ ....... Deft requests Clerk to enter notice of Appeal.
☐ ....... Deft Custody/Detention continued.
☒ ....... ~~Deft Remanded to Custody~~   Court recommends incarceration at __a facility that can treat defendant's serious medical conditions, which include diverticulitis and neuropathy.__

**FILED**
**March 26, 2019**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: __Victim impact statement read by Bob Goldberg of the Jewish Federation of Tarrant County. Defendant ordered to surrender to the designated institution by 2 p.m. on April 22, 2019.__